| Return | | |
|---|---|---|
| Case No.: 3:23-mj-371 | Date and time warrant executed:<br>11/2/2023   1013 | Copy of warrant and inventory left with:<br>Derek Johnson |
| Inventory made in the presence of :<br>TFOs Peter Carbonaro & Jonathan Tobbe | | |
| Inventory of the property taken and name of any person(s) seized: | | |

(2) Buccal Swabs from Derek Johnson

**FILED**
**Charlotte**

**Nov 03 2023**
**U.S. District Court**
**Western District of N.C.**

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  11/2/2023

_____
*Executing officer's signature*

Caitlin McGaurty, Special Agent
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

In the Matter of the Search of

DEREK ANTOINE JOHNSON (D.O.B.:
12/05/1972) FOR DNA SAMPLES

)
)
)
)
)
)

Case No. 3:23-mj-371

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the      **Western**     District of      **North Carolina**
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated by reference herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated by reference herein.

**YOU ARE COMMANDED** to execute this warrant on or before      11/13/2023     *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Hon. Susan C. Rodriguez or Hon. David C. Keesler   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for    days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of   enter date   .

Signed: November 1, 2023

*Susan C. Rodriguez*
Susan C. Rodriguez
United States Magistrate Judge

Date and time issued:   11/1/2023 4:15 PM

City and state:      Charlotte, North Carolina       Susan C. Rodriguez, U.S. Magistrate Judge
*Printed name and title*

## <u>ATTACHMENT A</u>

The person to be searched is described as follows:



**DEREK ANTOINE JOHNSON**

DOB: 12/05/1972

Black, Male

Warrant to be executed while **JOHNSON** is still held at Mecklenburg County Jail located within the Western District of North Carolina.

## ATTACHMENT B

The evidence to be seized is as follows:

Saliva samples taken from DEREK ANTOINE JOHNSON (D.O.B: 12/05/1972). The saliva samples will be collected using Sterile Cotton Tipped Applicators or Federal Convicted Offender Collection Kits. The tip of a cotton applicator will be placed into the subject's mouth and will be run along the subject's gum lines to collect as much saliva as necessary.